1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL JOEL NAVARETTE,              Case No.  2:22-cv-01197-WBS-JDP (HC)

12                  Petitioner,

13        v.                               ORDER

14   CINDY BLACK,

15                  Respondent.

16

17         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On December 21, 2022, the magistrate judge filed findings and recommendations herein

21   which were served on petitioner and which contained notice to petitioner that any objections to

22   the findings and recommendations were to be filed within fourteen days.  Petitioner has not filed

23   objections to the findings and recommendations.

24         The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

27         1. The findings and recommendations filed December 21, 2022, are adopted in full;

28         2. The amended petition, ECF No. 7, is dismissed without leave to amend;

                                              1

3.  The court declines to issue the certificate of appealability referenced in 28 U.S.C.

§ 2253; and

4.  The Clerk of Court is directed to close this matter.

Dated:  February 7, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2